

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00654-CV

DARRELL POWELL, Appellant

V.

GIRLY GIRL, L.P., D/B/A MCDONALD'S AND JUAN R. DIAZ, Appellees

Appeal from the 295th District Court of Harris County.   (Tr. Ct. No. 2012-65133).

**TO THE 295TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 10th day of March 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

After due consideration, the Court **grants** appellees Girly Girl, L.P., D/B/A and Juan R. Diaz's motion to dismiss the appeal.   Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, Darrell Powell, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 10, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 22, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

